RECEIVED BY MAIL
SEP 2 6 2005
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

September 21, 2005

James Woodward, Clerk
3300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Re: MDL-1629 -- In re Neurontin Marketing, Sales Practices and Products Liability Litigation

*Elizabeth Judy v. Pfizer, Inc., et al.,* E.D. Missouri, C.A. No. 4:05-1208 RWS

Dear Mr. Woodward:

I am enclosing a certified copy of an order filed today by the Panel involving the above-captioned matter.

Very truly,

Michael J. Beck
Clerk of the Panel

By /s/ Dana L. Stewart
Deputy Clerk

Enclosure

cc: Transferee Judge: Judge Patti B. Saris
    Transferor Judge: Judge Rodney W. Sippel

JPML Form 87



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 21 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1629

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

*Elizabeth Judy v. Pfizer, Inc., et al.*, E.D. Missouri, C.A. No. 4:05-1208

## ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Judy*) on September 8, 2005. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Judy* filed a notice of opposition to the proposed transfer. The Panel has now been advised that *Judy* was remanded to the Circuit Court for the City of St. Louis, State of Missouri, by the Honorable Rodney W. Sippel in an order signed on September 14, 2005.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-12" filed on September 8, 2005, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

# DOCKET NO. 1629

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

*Elizabeth Judy v. Pfizer, Inc., et al.*, E.D. Missouri, C.A. No. 4:05-1208

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Judy*) on September 8, 2005. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Judy* filed a notice of opposition to the proposed transfer. The Panel has now been advised that *Judy* was remanded to the Circuit Court for the City of St. Louis, State of Missouri, by the Honorable Rodney W. Sippel in an order signed on September 14, 2005.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-12" filed on September 8, 2005, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel